

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 21, 2018.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 13 |
| | * | |
| GEORGE JIMENEZ | * | |
| LETICIA JIMENEZ | * | |
| | * | |
| Debtors | * | BANKRUPTCY NO. 18-30640 |

<u>ORDER DISMISSING CHAPTER 13 CASE ONLY AS TO GEORGE JIMENEZ</u>

ON THIS DAY, came on to be considered the Motion of George Jimenez, to dismiss his portion of the Chapter 13 case. The Court having examined the pleading finds that this case is entitled to a dismissal of the Chapter 13 Petition herein.

Further, that any money received by the Chapter 13 Trustee, to include any money on hand or received by the Trustee in the future, be applied to the balance of the attorney's fees under this plan until paid in full. It is therefore;

ORDERED, ADJUDGED, AND DECREED, that the Debtor's Chapter 13 Petition be and is hereby DISMISSED as to George Jimenez.

###

Prepared By:  TANZY & BORREGO LAW OFFICES P.L.L.C.
Edgar J. Borrego/Miguel A. Flores
2610 Montana Avenue
El Paso, TX. 79903
Phone: (915)566-4300
Fax: (915) 566-1122
efile@tanzyborrego.com
TB#37821/vt